IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MIKHIA POLLY,                          §
                                       §
            Plaintiff,                 §
                                       §
v.                                     §        No. 3:26-cv-1261-N (BT)
                                       §
THE CITY OF DALLAS,                    §
                                       §
                                       §
            Defendant.                 §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 4) is **DENIED**.

Plaintiff must pay the full $405.00 filing fee within **thirty days** of this order, or Plaintiff's case may be dismissed without prejudice and without further notice under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

May 26, 2026.

_____
DAVID C. GODBEY
SENIOR UNITED STATES DISTRICT JUDGE